**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ADAMS, | No. C-12-01854 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| VIVO INC, et al., | |
| Defendants. | |

On May 4, 2012, Defendant Vivo, Inc. filed a motion to dismiss which it re-noticed for hearing on June 28, 2012. [Docket Nos. 6, 12.] Plaintiff Mark Adams is pursuing this action without legal representation. According to the court's Local Rules, any brief in opposition to Defendant's motion was due by May 18, 2012. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS <u>Plaintiff to respond by **June 15, 2012** and explain his failure to respond to the motion to dismiss. In addition, Plaintiff must simultaneously (1) submit his opposition to the court with a request for leave to file a late opposition, or (2) file a statement of non-opposition to the motion</u>. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late opposition. If Plaintiff does not respond by **June 15, 2012**, Defendant's motion may be granted and/or the action may be dismissed for failure to prosecute..

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than June 22, 2012. By separate order, the court will continue the motion hearing date to July 26, 2012.

IT IS SO ORDERED.

Dated: June 4, 2012

DONNA M. RYU
United States Magistrate Judge