UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ADAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>VIVO INC, et al.,<br><br>        Defendants.<br>_____/ | No. C-12-01854 DMR<br><br>**ORDER CONTINUING MOTION HEARING AND RESETTING CASE MANAGEMENT CONFERENCE** |

The court is in receipt of the motion to dismiss filed by Defendant Vivo, Inc., noticed for hearing on June 28, 2012. In light of the court's trial calendar, the hearing on Defendant's motion to dismiss is hereby continued to **July 26, 2012 at 11:00 a.m.** in Courtroom 4, 3rd Floor of the U.S. District Court, 1301 Clay Street, Oakland, California 94612.

The initial case management conference previously set for July 25, 2012 is hereby continued to **July 26, 2012 at 11:00 a.m.** to be held concurrently with the motion hearing. The parties must file a case management statement by no later than July 19, 2012.

IT IS SO ORDERED.

Dated: June 4, 2012

DONNA M. RYU
United States Magistrate Judge