UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ADAMS, | No. C-12-01854 DMR |
| Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMISSION TO REGISTER FOR ELECTRONIC CASE FILING** |
| v. | |
| VIVO INC, et al., | |
| Defendants. | |

The court is in receipt of Plaintiff's motion for permission to e-file documents using the court's Electronic Case Filing (ECF) system. Doc. no. 34. Defendants do not oppose Plaintiff's request for permission to e-file. Doc. no. 38. Plaintiff is instructed to file the model motion for permission for electronic case filing, attached hereto, in support of his motion. The model motion is also available on the court's website at http://cand.uscourts.gov/civillitpackets.

IT IS SO ORDERED.

Dated: July 16, 2012

DONNA M. RYU
United States Magistrate Judge

Name: _____

Address: _____

_____

Phone Number: _____

E-mail Address: _____

*Pro Se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| _____ Plaintiff, vs. _____ Defendant. | ) Case Number: _____ ) ) **MOTION FOR PERMISSION FOR** ) **ELECTRONIC CASE FILING** ) ) ) Judge _____ ) ) ) ) |

As the (*Plaintiff/Defendant*) _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

    ☐ A computer with internet access;
    ☐ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
    ☐ A scanner to convert documents that are only in paper format into electronic files;
    ☐ A printer or copier to create to create required paper copies such as chambers copies;
    ☐ A word-processing program to create documents; and
    ☐ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: _____     Signature: _____