UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ADAMS,

        Plaintiff(s),

  v.

VIVO INC,

        Defendant(s).
_____/

No. C-12-01854 DMR

**ORDER TO SHOW CAUSE**

A hearing on Defendants' motion to dismiss and motion to strike [Docket No. 94] was scheduled for October 25, 2012 at 11:00 a.m. before this court. Plaintiff Mark Adams was not present. The court re-called the matter twice before excusing Defendants' counsel. Plaintiff eventually appeared nearly an hour and a half later.

IT IS HEREBY ORDERED that Plaintiff show cause in writing by **no later than November 2, 2012** why he should not be sanctioned for his failure to appear at the October 25, 2012 hearing. It is further ordered that a hearing on Defendants' motions to dismiss and to strike is scheduled for **November 8, 2012 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. (For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's

calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.)

IT IS SO ORDERED.

Dated: October 25, 2012



_____
DONNA M. RYU
United States Magistrate Judge