UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ADAMS,

        Plaintiff(s),

    v.

VIVO INC,

        Defendant(s).

No. C 12-01854 DMR

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On October 25, 2012, the court issued an Order to Show Cause for Plaintiff Mark Adams' failure to appear at a hearing on Defendants' motion to dismiss and motion to strike scheduled for October 25, 2012 at 11:00 a.m. [Docket No. 55.] Plaintiff filed his response to the Order to Show Cause on that same day and attached to his response an email he sent to Defendants' counsel regarding the potential settlement of this action. [Docket No. 56.] The court hereby discharges the Order to Show Cause, but admonishes Plaintiff for attaching the settlement communication to his submission. Although Plaintiff may communicate with Defendants' counsel regarding settling this case, such communications should be treated as confidential and should not be submitted to the court.

IT IS SO ORDERED.

Dated: October 29, 2012

DONNA M. RYU
United States Magistrate Judge