# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.  C 12-01854 DMR**

**CASE NAME:  MARK ADAMS v. VIVO INC**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY: Ivy Garcia** |
| **DATE**: November 8, 2012      **TIME: 11:05-11:44** | **COURT REPORTER: Diane Skillman** |
| **COUNSEL FOR PLAINTIFF:**<br>Mark Adams, pro se | **COUNSEL FOR DEFENDANT:**<br>Jamerson Allen |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Defendants' Motions to Dismiss, to Strike | TAKEN UNDER SUBMISSION |

**ORDERED AFTER HEARING:**

Plaintiff's second amended complaint must be filed by 11/29/12.  Further CMC set for 2/6/13 at 1:30 pm.  Joint Case Management Statement due by 1/30/13.

**ORDER TO BE PREPARED BY:**        [] Plaintiff     [] Defendant     [x] Court

**CASE CONTINUED TO:**

_____

**cc:**      **Chambers**
* (T) = Telephonic Appearance