# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL LAW & MOTION MINUTE ORDER

**CASE NO. C 12-01854 DMR**

**CASE NAME: MARK ADAMS v. VIVO INC**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY: Ivy Garcia** |
| **DATE**: November 8, 2012  **TIME**: 11:05-11:44 | **COURT REPORTER: Diane Skillman** |
| **COUNSEL FOR PLAINTIFF:** Mark Adams, pro se | **COUNSEL FOR DEFENDANT:** Jamerson Allen |

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Defendants' Motions to Dismiss, to Strike | TAKEN UNDER SUBMISSION |

**ORDERED AFTER HEARING:**

Plaintiff's second amended complaint must be filed by 11/29/12. Further CMC set for 2/6/13 at 1:30 pm. Joint Case Management Statement due by 1/30/13.

---

**ORDER TO BE PREPARED BY:**  [] Plaintiff  [] Defendant  [x] Court

**CASE CONTINUED TO:**

---

**cc:** Chambers
* (T) = Telephonic Appearance