United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

    Plaintiff,

    v.

VIVO INC. AND GENOMIC HEALTH, INC.

    Defendants.
_____/

No. C 12-01854 DMR

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

The court is in receipt of Plaintiff's November 27, 2012 letter and November 28, 2012 motion requesting an extension of time to file his second amended complaint. [Docket Nos. 63, 65.] Plaintiff is hereby granted an extension until **December 13, 2012** to file his second amended complaint.

IT IS SO ORDERED.

Dated: November 29, 2012

DONNA M. RYU
United States Magistrate Judge