UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS, | No. C 12-01854 DMR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| VIVO INC. AND GENOMIC HEALTH, INC. | |
| Defendants. | |

The court is in receipt of Plaintiff's November 27, 2012 letter and November 28, 2012 motion requesting an extension of time to file his second amended complaint. [Docket Nos. 63, 65.] Plaintiff is hereby granted an extension until **December 13, 2012** to file his second amended complaint.

IT IS SO ORDERED.

Dated: November 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge