UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LETELL ADAMS, | No. C 12-01854 DMR |
|     Plaintiff, | **ORDER RE PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE ENE** |
|     v. | |
| VIVO INC. AND GENOMIC HEALTH, INC. | |
|     Defendants. | |

The court is in receipt of Plaintiff's November 28, 2012 motion requesting an extension of time to conduct an early neutral evaluation session ("ENE"). [Docket No. 64.] The court construes Plaintiff's motion as an administrative motion pursuant to Civil Local Rule 7-11. Accordingly, any opposition to or support for the motion must be filed no later than four days after the motion was filed. N.D. Civ. L.R. 7-11(b).

IT IS SO ORDERED.

Dated: November 29, 2012



_____
DONNA M. RYU
United States Magistrate Judge