UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ADAMS,

       Plaintiff,

    v.

VIVO INC, et al.,

       Defendants.
_____/

No. C 12-01854 DMR

**ORDER TO SUBMIT ADDITIONAL INFORMATION**

On November 29, 2012, Plaintiff Mark Adams filed an application to proceed *in forma pauperis*. [Docket No. 69.] In response to question no. 1, Plaintiff stated that he is unemployed and that he is now collecting unemployment insurance. However, in response to question no. 2, Plaintiff indicated that he has not received payments from any government source within the past 12 months. Therefore, Plaintiff is ordered to supplement his application by submitting a statement clarifying whether he is receiving unemployment insurance, and if so, indicating the amount of unemployment insurance he is receiving and the frequency of such payments, by **no later than December 6, 2012.**

IT IS SO ORDERED.

Dated: December 3, 2012



_____
DONNA M. RYU
United States Magistrate Judge