UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ADAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>VIVO INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 12-01854 DMR<br><br>**ORDER DENYING REQUEST TO EXTEND ENE DEADLINE** |

On November 28, 2012, Plaintiff Mark Adams filed a motion requesting an extension of time to conduct an early neutral evaluation session ("ENE"). [Docket No. 64.] Plaintiff's motion is denied as the matter is not yet ripe for decision, as the current deadline to complete the ENE is 60 days following Defendants' filing of their answer, which has not yet occurred. [*See* Docket No. 45 (Case Mgmt. and Pretrial Order) 2.]

IT IS SO ORDERED.

Dated: December 6, 2012



DONNA M. RYU
United States Magistrate Judge