UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK LETELL ADAMS,

        Plaintiff,

        v.

VIVO INC., *et al.*,

        Defendants.

_____/

No. C 12-01854 DMR

**ORDER TO SUBMIT ADDITIONAL INFORMATION**

     The court is in receipt of *pro se* Plaintiff Mark Adams' Motion for Voluntary Dismissal, in which he appears to request the dismissal without prejudice of his three remaining claims for disparate treatment race discrimination, hostile work environment/harassment, and retaliation in accordance with Federal Rule of Civil Procedure 41. (Pl.'s Mot. 3-4.)

     Pursuant to Federal Rule of Civil Procedure 41(a), "a plaintiff may dismiss an action without a court order by filing [] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i); *see Amer. Soccer Co., Inc. v. Score First Enters.*, 187 F.3d 1108, 1110 (9th Cir. 1999) ("The dismissal is effective on filing and no court order is required."). "The filing of a notice of voluntary dismissal with the court automatically *terminates the action* as to the defendants who are the subjects of the notice," and "[s]uch a dismissal leaves the parties as though no action had been brought." *Id.* (emphasis added). Here, it is unclear whether Plaintiff intended his motion to serve as a notice of dismissal pursuant to Rule

41(a)(1)(A)(i), which would automatically terminate this action, because he also requested "that all other proceedings before this Court remain open pending appeal of all issues presented" to the Ninth Circuit. (Pl.'s Mot. 4.) Accordingly, by no later than December 21, 2012, Plaintiff shall submit a statement clarifying whether he seeks to voluntarily dismiss his remaining claims pursuant to Rule 41(a)(1)(A)(i). If Plaintiff does seek to voluntarily dismiss his claims, the effect of his filing will be voluntary dismissal of the three remaining claims and closure of the case without a court order. Plaintiff's request for an extension of time to file a second amended complaint (Docket No. 79) is hereby held in abeyance pending the December 21, 2012 filing.

IT IS SO ORDERED.

Dated: December 18, 2012



_____
DONNA M. RYU
United States Magistrate Judge